UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

REYNALDO GUERRA,

    Defendant(s).

No. CR-06-00341-WDB

**ORDER REGARDING APPOINTMENT OF COUNSEL**

In court on June 16, 2006, I received defendant's financial declaration and questioned him about his economic circumstances. Although he is currently employed, and has some income, he also has significant ongoing expenses. The defendant has one asset of some significance – real estate. While not readily convertible to cash, this asset might later be used at least to contribute toward the cost of his defense. I conclude that it is appropriate to appoint Assistant Federal Public Defender Hilary Fox at this time. However, at the end of his case, this Court will re-examine the defendant's financial circumstances to determine what amount, if any, the defendant should contribute to the cost of his defense.

IT IS SO ORDERED.

Dated: 6-16-06

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: WDB's Stats, Copy to parties of record by ECF, Financial